UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────
                                                                :
In re:                                                          :    Case No. 19-22251-shl
                                                                :
William A Venable,                                              :    Chapter 13
                                                                :
                                     Debtor                     :
───────────────────────────────────────────:

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:  SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust

**Property Address**:  7 Highland Drive, Cortlandt, NY 10567

**Last Four Digits of Account Number of Loan**: 6797

**File Date of Loss Mitigation request**: 02/12/2019

**Date of Entry of Loss Mitigation Order**: 06/12/2019

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes      X No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| | | | |
|---|---|---|---|
| ☐ | Loan modification | ☐ | Surrender of property |
| ☐ | Short sale | X | No agreement has been reached |
| ☐ | Other: _____ | | |

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated: White Plains, New York
          January 13, 2020

                                                    */s/ Sean H. Lane*
                                                    Honorable Sean H. Lane
                                                    U.S. Bankruptcy Judge